UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAZEN KHENAISSER, | No. 2:15-cv-1205 MCE CKD PS |
| Plaintiff, | |
| v. | ORDER TO SHOW CAUSE |
| SALLY JEWELL, et al., | |
| Defendants. | |

This action was referred to the undersigned pursuant to Local Rule 302(c)(21). As provided by Federal Rule of Civil Procedure 4(m), the court may dismiss an action where service of summons is not made within 120 days after the filing of the complaint. In the order setting status conference, filed June 4, 2015, plaintiff was cautioned that this action may be dismissed if service was not timely completed. This action was filed June 4, 2015 and plaintiff has not yet properly served defendants with summons. Although plaintiff has filed several summons returned executed, the returns do not demonstrate proper service of summons in compliance with Federal Rule of Civil Procedure 4(i).

Accordingly, IT IS HEREBY ORDERED that:

1. No later than November 2, 2015, plaintiff shall show cause why this action should not be dismissed for failure to properly serve summons in this action and for failure to comply with the court's orders.

1

2. The status conference set for November 4, 2015 is vacated and will be reset as necessary.

Dated: October 20, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 khenaisser1205.osc