UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAZEN KHENAISSER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SALLY JEWELL, et al.,<br><br>　　　　Defendants. | No. 2:15-cv-1205 MCE CKD PS<br><br><br><br>ORDER |

Plaintiff has filed a motion for summary judgment. As noted in the court's order to show cause, filed October 20, 2015, plaintiff has not properly served defendants with summons in this action. Plaintiff's motion for summary judgment is therefore premature.

Accordingly, IT IS HEREBY ORDERED that:

1. The hearing date of November 18, 2015 is vacated.

2. Plaintiff's motion for summary judgment (ECF No. 10) is denied without prejudice.

Dated: October 21, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 khenaisser1205.msj.den

1