UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAZEN KHENAISSER,<br><br>  Plaintiff,<br><br>  v.<br><br>SALLY JEWELL, et al.,<br><br>  Defendants. | No. 2:15-cv-1205 MCE CKD PS<br><br><br><br>ORDER |

On February 22, 2016, plaintiff filed objections to the pending findings and recommendations and also filed a first amended complaint. The District Judge has not yet ruled on the pending findings and recommendations, which recommend that plaintiff be granted leave to amend certain claims. The first amended complaint, as presently filed, is improper under Federal Rule of Civil Procedure 15. The first amended complaint also does not comply with the format required under the findings and recommendations. Plaintiff is advised that any amended complaint need not be filed until the District Judge has ruled on the pending findings and recommendations.

/////

/////

/////

/////

1

1 | Accordingly, IT IS HEREBY ORDERED that the first amended complaint (ECF No. 26)
2 | is stricken.
3 | Dated: February 26, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 khenaisser1205.fac.str