UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAZEN KHENAISSER, | No. 2:15-cv-1205 MCE CKD PS |
| Plaintiff, | |
| v. | ORDER |
| SALLY JEWELL, et al. | |
| Defendants. | |

      Plaintiff Mazen Khenaisser ("Plaintiff") is proceeding pro se in this civil action. This matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

      On February 9, 2016, the magistrate judge filed Findings and Recommendations herein (ECF No. 24) which were served on the parties and which contained notice that any objections to the Findings and Recommendations were to be filed within fourteen days. Plaintiff timely filed objections to the Findings and Recommendations. ECF No. 25.

      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, the Court has conducted a de novo review of this case. Having carefully reviewed the entire file, including Plaintiff's objections to the Findings and Recommendations, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed February 9, 2016 (ECF No. 24) are ADOPTED IN FULL.

2. Defendants' Motion to Dismiss (ECF No. 18) is GRANTED.

3. Defendants Pederson and Murillo are DISMISSED without leave to amend.

4. Plaintiff's unfair labor practice claims are DISMISSED without leave to amend.

5. Plaintiff's discrimination claims related to his alleged termination and non-selection for the Project Manager position are DISMISSED for lack of subject matter jurisdiction.

6. Plaintiff's exhausted claims for discrimination are DISMISSED with leave to amend.

7. Plaintiff is granted leave to file a First Amended Complaint setting forth only exhausted claims for discrimination within thirty (30) days of the date this order is electronically filed. The amended complaint shall consist of separately and sequentially numbered allegations in accordance with Federal Rule of Civil Procedure 10(b), with each claim set forth separately, and in conformance with the general format of documents required under Local Rule 130(b), (c) and (d). Defendant is granted thirty (30) days thereafter to respond to the amended complaint.

IT IS SO ORDERED.

Dated: March 3, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT