UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAZEN KHENAISSER,<br><br>Plaintiff,<br><br>v.<br><br>SALLY JEWELL, et al.,<br><br>Defendants. | No. 2:15-cv-1205 MCE CKD PS<br><br><br><br>ORDER |

This action was referred to the undersigned pursuant to Local Rule 302(c)(21). Calendared for hearing on May 11, 2016 is defendant's motion to dismiss. No opposition to the motion has been filed.

Local Rule 230(c) provides that opposition to the granting of a motion must be filed fourteen days preceding the noticed hearing date. The Rule further provides that "[n]o party will be entitled to be heard in opposition to a motion at oral arguments if written opposition to the motion has not been timely filed by that party." In addition, Local Rule 230(i) provides that failure to appear may be deemed withdrawal of opposition to the motion or may result in sanctions. Finally, Local Rule 110 provides that failure to comply with the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

/////

1

Good cause appearing, IT IS HEREBY ORDERED that:

1. The hearing date of May 11, 2016 is vacated. Hearing on defendant's motion is continued to June 15, 2016 at 10:00 a.m. in courtroom no. 24.

2. Plaintiff shall file opposition, if any, to the motion no later than May 25, 2016. Failure to file opposition will be deemed as a statement of non-opposition and shall result in submission of the motion on the papers and a recommendation that this action be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

3. Reply, if any, shall be filed no later than June 1, 2016.

Dated: April 28, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 khenaisser.con.nop